# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Taryn Gilcher<br>Patrick Alan Gilcher**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:23-cv-00192-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Brent Holbrooks | ) | |
| Ryan Smith | ) | |
| Robert Holland | ) | |
| Billy Olvera | ) | |
| Western Surety Company**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 13, 2024 Order.

December 13, 2024

Katherine Hord Simon, Clerk
United States District Court